**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

EDDIE B. KEELING                                                                                              PLAINTIFF

v.                                             NO. 3:16CV00220 JLH

PACO STEEL & ENGINEERING CORP., d/b/a
PACO STEEL OF ARKANSAS                                                                              DEFENDANT

## ORDER

The plaintiff has given notice that all claims have been settled to the parties' satisfaction. The notice of settlement requests that the Court retain jurisdiction for sixty days. Pursuant to the notice of settlement, this action is dismissed with prejudice. The Court retains jurisdiction for a period of sixty days to enforce the settlement agreement if necessary.

IT IS SO ORDERED this 5th day of January, 2017.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE